FILE COPY



CHIEF JUSTICE
JAMES T. WORTHEN

## TWELFTH COURT OF APPEALS

CLERK
CATHY S. LUSK

JUSTICES
SAM GRIFFITH
BRIAN HOYLE

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/7/2015 11:57:30 AM
CATHY S. LUSK
Clerk

January 6, 2015

Ms. Janice Staples
Anderson County
500 N. Church Street
Room 18
Palestine, TX 75801
* DELIVERED VIA E-MAIL *

**FILED FOR RECORD**
At 8:30 o'clock a.m.

JAN – 7 2015

JANICE STAPLES
District Clerk, Anderson County, TX
by_____ Dep.

**RE:**  Case Number: 12-14-00306-CR
Trial Court Case Number: 31278

**Style:**  Michael Wayne Goff
v.
The State of Texas

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

CATHY S. LUSK, CLERK

By: *Katrina McClenny*
Katrina McClenny, Chief Deputy Clerk

C Michael Wayne Goff
C Mr. Douglas E. Lowe (DELIVERED VIA E-MAIL)
:

Mandate executed on ___7___ day of __January__, 2015.

Brief explanation of action taken: _filed in the papers of the cause_

_Janice Staples_                                         District/County Clerk

1517 WEST FRONT STREET • SUITE 354 • TYLER, TX 75702 • TEL: 903-593-8471 • FAX: 903-593-2193
*Serving Anderson, Angelina, Cherokee, Gregg, Henderson, Houston, Nacogdoches, Rains, Rusk, Sabine, San Augustine, Shelby, Smith, Trinity, Upshur, Van Zandt and Wood Counties*
www.12thcoa.courts.state.tx.us